Case 15-25697    Doc 39    Filed 06/07/17    Entered 06/07/17 16:17:00    Desc Main
Document      Page 1 of 1

## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:   John L. Hawkins                    )   Chapter 13
                                            )   Case No. 15 B 25697
   Debtor(s)                                )   Judge LaShonda A. Hunt

## Notice of Motion

John L. Hawkins                             Debtor Attorney: Swanson & Desai LLC
1156 N Kedvale Ave                          via Clerk's ECF noticing procedures
Chicago, IL  60651

                                            > Dirksen Federal Building
                                            > 219 South Dearborn
On June 19, 2017 at 9:00 am, I will appear at the location listed to the
                                            > Courtroom 719
right, and present this motion.
                                            > Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this
notice to be delivered to the persons named above by U.S. mail or by the
methods indicated on or before Thursday, June 8, 2017.        /s/ MARILYN O. MARSHALL

                                                              MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On July 28, 2015, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on November 18, 2015, for a term of 36 months with payments of $305.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 23 | $4,535.00 | $3,620.00 | $915.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 06/07/2017
Due Each Month: $305.00
Next Pymt Due: 06/27/2017

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 10/09/2015 | 1485412 | $255.00 | 11/16/2015 | 2026363 | $255.00 |
| 03/21/2016 | 9483217622 | $1,275.00 | 05/09/2016 | 469547 | $255.00 |
| 05/20/2016 | 470168 | $255.00 | 06/27/2016 | 471927 | $255.00 |
| 08/24/2016 | 84420 | $255.00 | 10/11/2016 | 1195764 | $255.00 |
| 12/28/2016 | 90517 | $255.00 | 02/21/2017 | 624082 | $305.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee                /s/ MARILYN O. MARSHALL
224 S Michigan Ave                              MARILYN O. MARSHALL, TRUSTEE
Ste 800
Chicago, IL  60604
(312)431-1300